**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Chaka Zulu HERNDON, Defendant–**
**Appellant.**

No. 05–10320
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 7, 2006.

Susan B. Cowger, Linda R. Rossborough, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Carlton C. McLarty, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas Dallas, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Chaka Zulu Herndon has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Herndon received a copy of counsel's motion but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. This ruling is without prejudice to Herndon's right to raise claims of ineffective assistance in a 28 U.S.C. § 2255 motion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.